**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MARTIN P ZOLADZ<br><br>Debtor(s) | Case No. 15-04114 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/09/2015, and was converted to chapter 13 on 05/26/2015.

2) The plan was confirmed on 11/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/28/2017, 11/07/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/10/2018.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $36,950.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $36,950.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,669.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,069.03

Attorney fees paid and disclosed by debtor:   $1,600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED AMBULATORY | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| Advanced Spinal Clinic | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE MRI LOGAN SQUARE | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE MRI LOGAN SQUARE | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| AGT COLLECTION | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 500.00 | 224.00 | 224.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 390.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 6,054.00 | 6,064.56 | 6,064.56 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| BBY/CBNA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Big Eye Lending | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Secured | 587,000.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 40,881.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 4,188.00 | NA | NA | 0.00 | 0.00 |
| Cash Taxi | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 2,274.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO NEUROLOGISTS SVC | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CROSS POINT COLLECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CUTTER GROUP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CWB Services, LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Delbert Services | Unsecured | 3,001.00 | NA | NA | 0.00 | 0.00 |
| DIVISION ONE COURIER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DR ALEX LIMA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| DR GREGORY BULOINE | Unsecured | 1,479.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 14,142.67 | 14,142.67 | 0.00 | 0.00 |
| ESTEBAN LINAREZ SLEEP LLC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EVEREST CASH ADV | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| HYDRA FUND | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,361.00 | NA | NA | 0.00 | 0.00 |
| INTEGRA FINANCIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 8,151.00 | 8,151.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 10,068.96 | 10,068.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 8,151.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,275.00 | 67,467.83 | 67,467.83 | 32,780.97 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 20,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFREY ABATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JUNIPER CARD SERVICES | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST IMAGING PROFESSIONALS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| MY CASH ADVANCE LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES INC | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR LOCATION SERVICES | Unsecured | 6,065.00 | NA | NA | 0.00 | 0.00 |
| Northcash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Plain Green Loans | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Presence Resurrection Med Ctr | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 14,318.00 | NA | NA | 0.00 | 0.00 |
| SONIC CASH LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Spot Loan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | 3,611.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | 26,882.00 | 30,288.74 | 30,288.74 | 100.00 | 0.00 |
| STATE FARM BUSINESS CARDS | Unsecured | 7,058.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| TDBANK USA /TARGET CREDIT | Unsecured | 6,064.00 | NA | NA | 0.00 | 0.00 |
| THE ATLAS LAW FIRM | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| TOWER LENDING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VIP LOAN SHOP | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| VITAL REHABILITATION | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| WEST RIVER LOANS | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SKY FUNDING | Unsecured | 5,079.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $8,151.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,151.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $67,467.83 | $32,780.97 | $0.00 |
| **TOTAL PRIORITY:** | **$67,467.83** | **$32,780.97** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,329.93** | **$100.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,069.03 |
| Disbursements to Creditors | $32,880.97 |
| **TOTAL DISBURSEMENTS:** | **$36,950.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/11/2019              By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**